## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Amanda Doughty,<br><br>   Plaintiff,<br><br>v.<br><br>MED-1 Solutions, LLC,<br><br>   Defendants. | CIVIL ACTION<br><br><br>1:23-cv-01977-JRS-MG |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, MED-1 Solutions, LLC, by counsel, and requests this Court to extend the Defendant's Time to Respond to Plaintiff's Complaint, and the Court having reviewed said Motion now FINDS AND ORDERS:

1. Said Motion is GRANTED.

2. The Defendant has until January 29, 2024, to file its Answer in response to Plaintiff's Complaint.

SO ORDERED.

Date: 12/26/2023

                                                          Mario Garcia
                                                          United States Magistrate Judge
                                                          Southern District of Indiana

Distribution:
To ECF Counsel of Record